UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: ROCKY SCRAP METAL, INC.   § CASE NO. 16-30618
                                 §
DEBTOR                           §
                                 § CHAPTER 11

## CERTIFICATE OF CORPORATE RESOLUTION

I, **Leoncio Espaillat**, the President of Rocky Scrap Metal, Inc., do hereby certify that the majority of the shareholders have adopted the following resolution:

WHEREFORE, it is in the best interest of Rocky Scrap Metal, Inc., to file a voluntary petition in the United States Bankruptcy Court pursuant to chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved that **Leoncio Espaillat** is authorized as President Rocky Scrap Metal, Inc. and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary petition on behalf of the corporation; and

Be It Further Resolved that **Leoncio Espaillat** is authorized and directed to employ Nelson M. Jones and the law firm of Nelson M. Jones III to represent Rocky Scrap Metal, Inc. in such bankruptcy case; and

**Leoncio Espaillat** is authorized to take all such actions, make all such filings and execute and deliver all such documents and instruments as he determines appropriate to carry into force and effect the foregoing resolutions.

Dated: 2-1-16

Rocky Scrap Metal, Inc

By: _____
Leoncio Espaillat, President